UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ST. LOUIS-KANSAS CITY CARPENTERS  )
REGIONAL COUNCIL, et al,           )
                                   )
    Plaintiffs,                    )  Case No. 4:17-cv-01518 JAR
                                   )
v.                                 )
                                   )
KRANAWETTER CONSTRUCTION, LLC,     )
                                   )
    Defendant.                     )

## MOTION TO DISMISS WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-captioned matter without prejudice.

        Respectfully submitted,

        HAMMOND AND SHINNERS, P.C.
        13205 Manchester Road, Ste. 210
        St. Louis, Missouri 63131
        Phone: (314) 727-1015
        Fax:  (314) 727-6804

        /s/ Greg A. Campbell
        GREG A. CAMPBELL, #2774
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: Kranawetter Construction, LLC, 497 Quail Ridge Drive, Oak Ridge, MO 63769.

        /s/ Greg A. Campbell

So Ordered

John A. Ross
10/3/2017